UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN KEATLEY,<br><br>                    Plaintiff,<br><br>-against-<br><br>WILD SKY MEDIA CO., LTD,<br><br>                    Defendant. | 20 Civ. 1792 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The dial-in information for the February 11, 2021, 11:30 a.m. Initial Pretrial teleconference has been modified.  The dial-in for the conference is (877) 402-9753, access code: 6545179.

    **SO ORDERED.**

Dated:    New York, New York
          February 5, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge